Carolyn ROGERS, Respondent,

v.

Harold Edward ROGERS, Appellant.

No. WD 35378.

Missouri Court of Appeals, Western District.

July 24, 1984.

Richard E. Rose, Kansas City, for appellant.

R. Brian Hall, Gladstone, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

## ORDER

PER CURIAM:

Appeal from award of maintenance, attorney fees, and division of property portions of dissolution judgment.

Judgment affirmed. Rule 84.16(b).